IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| LARRY M. HOAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-CV-402-S-BLW |
| | ) | (Lead Case) |
| vs. | ) | |
| | ) | **JUDGMENT** |
| I.D.O.C. WARDEN SMITH, | ) | |
| I.C.C. WARDEN VALDEZ, | ) | |
| and 1-13 DOES, | ) | Case No. 1:08-CV-530-S-BLW |
| | ) | (Member case - Romero v. CCA) |
| Defendants. | ) | |
| | ) | Case No. 1:08-CV-487-S-BLW |
| | ) | (Member case - Arthur Hoak v. |
| | ) | Valdez) |
| | ) | |
| | ) | Case No. 1:09-CV-127-S-BLW |
| | ) | (Member case - Meeks v. Valdez) |

The Court previously entered an Order dismissing without prejudice the Complaints of Plaintiffs Larry M. Hoak, Shane Elloyd Romero, Arthur Allen Hoak, and Robert L. Meeks. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that the Complaints of Larry M. Hoak, Shane Elloyd Romero, Arthur Allen Hoak, and Robert L. Meeks are DISMISSED without prejudice.

JUDGMENT  1



DATED: **November 9, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

JUDGMENT 2